IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AAMCO TRANSMISSION INC., : | |
| : | |
| Plaintiff, : | CIVIL ACTION |
| : | |
| vs. : | No. 08-cv-4935 |
| : | |
| RONALD JOHNSON and : | |
| DAVID A. LYTLE, : | |
| : | |
| Defendants. : | |

**ORDER**

AND NOW, on this 23rd day of July, 2009, upon consideration of Defendant David A. Lytle's Motion to Transfer Venue[1] (Doc. No. 38) and Defendant Ronald A. Johnson's Response in Opposition (Doc. No. 42), it is ORDERED that Defendant David A. Lytle's Motion is hereby GRANTED.  It is further ORDERED that the above-captioned case is hereby TRANSFERRED to the United States District Court for the District of Nevada.

BY THE COURT:


s/J. Curtis Joyner
J. CURTIS JOYNER, J.

---

[1] This Court construed Defendant Lytle's letter received June 8, 2009 as a pro se request for transfer of venue.  See Doc. No. 41.